DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

BUTCHER v. NATIONWIDE LIFE INS. CO.

No. 280P82.

Case below: 56 N.C. App. 776.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 13 July 1982.

COLEMAN v. CITY OF WINSTON-SALEM

No. 341P82.

Case below: 57 N.C. App. 137.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 13 July 1982.

CON CO v. WILSON ACRES APTS.

No. 292P82.

Case below: 56 N.C. App. 661.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 13 July 1982.

CONNER v. ROYAL GLOBE INSUR. CO.

No. 173P82.

Case below: 56 N.C. App. 1.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 July 1982.

EARP v. EARP

No. 328P82.

Case below: 57 N.C. App. 194.

Petition by defendant for discretionary review under G.S. 7A-31 dismissed 19 July 1982.